09-0623-cv
Roman v. NSA

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 0.23 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: "(SUMMARY ORDER)." UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV), THE PARTY CITING THE SUMMARY ORDER MUST FILE AND SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED. IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 3rd day of December, two thousand nine.

PRESENT:
        AMALYA L. KEARSE,
        ROBERT D. SACK,
        ROBERT A. KATZMANN,
                *Circuit Judges*.

_____

GILBERT ROMAN,

        *Plaintiff-Appellant*,

        -v.-                                          09-0623-cv

NSA,

        *Defendant-Appellee*.

_____

FOR APPELLANT:          Gilbert Roman, *pro se*, Ozone Park,
                        N.Y.
FOR APPELLEE:           Duncan Levin, Benton J. Campbell,
                        United States Attorney, Varuni
                        Nelson, Robert B. Kambic, Assistant
                        United States Attorneys for the
                        Eastern District of New York,
                        Central Islip, N.Y.

Appeal from a judgment of the United States District Court for the Eastern District of New York (Bianco, *J.*).

**UPON DUE CONSIDERATION IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court be **AFFIRMED**.

Plaintiff-Appellant Gilbert Roman, *pro se*, appeals from the district court's judgment granting summary judgment in favor of the National Security Agency in this proceeding brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 (2006). We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review orders granting summary judgment *de novo* and focus on whether the district court properly concluded that there was no genuine issue as to any material fact and the moving party was entitled to judgment as a matter of law. *See Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300

(2d Cir. 2003). We resolve all ambiguities and draw all inferences in favor of the nonmovant. *See Nationwide Life Ins. Co. v. Bankers Leasing Ass'n*, 182 F.3d 157, 160 (2d Cir. 1999).

Having conducted an independent and *de novo* review of the record, we affirm for substantially the reasons stated by the district court in its thorough and well-reasoned order. We have considered all of Roman's arguments on appeal and find them to be without merit. Accordingly, the judgment of the district court is hereby **AFFIRMED**. Furthermore, it is hereby **ORDERED** that Roman's pending motions to introduce new evidence or compel investigations are **DENIED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____